**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CHARLES CARSON BREWINGTON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV-20-1154-R** |
| | ) | |
| **STATE OF OKLAHOMA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Petitioner filed this action seeking a writ of habeas corpus with regard to a conviction and sentence imposed by the District Court of Comanche County. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On November 19, 2020, Judge Erwin issued a Report and Recommendation wherein he recommended that Petitioner's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) be denied. (Doc. No. 7). On December 2, 2020, Petitioner filed a document entitled "No Objection to Report and Recommendation" (Doc. No. 8) wherein he stated that he intended to pay the $5.00 filing fee and had requested that the amount be sent by prison officials. On December 8, 2020, the Court received Petitioner's filing fee.  Accordingly, the Report and Recommendation is hereby ADOPTED, the motion for leave is DENIED and the matter is re-referred to Judge Erwin for additional proceedings.

**IT IS SO ORDERED** this 9th day of December 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE